## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **EASTERN SHORE** | * | |
| **TEAMSTERS, etc.,** | | |
|     **Plaintiff** | * | |
| | | **Civil No.: AMD 00-106** |
|     vs. | * | |
| **WAYDE CHERRY,** | * | |
|     **Defendant** | | |
| | ****** | |

_____FILED   _____ENTERED
_____LODGED  _____RECEIVED

MAR 29 2000

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

### ORDER

The court file reflecting that service of process has been effected upon the above named defendant and that defendant has not yet filed any response to the Complaint, it is, this 29th day of March, 2000,

ORDERED that plaintiff file and serve by mail on the above named defendant a motion for entry of default by the Clerk and a motion for default judgment, or provide a report as to why such motions would be inappropriate, within 30 days of this order.

_____
Andre M. Davis
United States District Judge