IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **EASTERN SHORE TEAMSTERS, etc.,** | * | |
| Plaintiffs | * | |
| | | Civil No.: AMD 00-106 |
| vs. | * | |
| **WAYDE CHERRY,** | * | |
| Defendant | | |
| | ****** | |

### ORDER

Plaintiffs having failed to serve the summons and complaint upon the above named defendant within 120 days after the filing of the complaint, it is, this 18th day of April, 2000,

ORDERED that plaintiffs show good cause within eight days of the date of this order why the complaint should not be dismissed as to the above named defendant without prejudice pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a.

_____
ANDRE M. DAVIS
United States District Judge

U.S. District Court (Rev. 9/98) - Rule 4(m) - Show Cause Order

