UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820

August 10, 2001

MEMORANDUM TO COUNSEL AND MR. CHERRY RE:

Eastern Shore Teamsters Health and Welfare Fund v. Cherry
Civil No. AMD 00-106

On Wednesday, August 8, 2001, Mr. Cherry was arrested by the United States Marshal and presented in open court pursuant tot he bench warrant previously issued. Upon his promise to cooperate fully with plaintiff's efforts to conduct discovery in aid of execution, he was released without bail. He provided the following information:

| | |
|---|---|
| Home Address: | Route 1, Box 91D<br>Dagsboro, Delaware 19939 |
| Home Phone: | 302.732.3954 |
| Cell Number: | 410.430.9845 |
| SS#: | 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 |
| Work Address: | Tysco Food<br>Berlin Complex<br>10129 Old Ocean City Blvd<br>Berlin, Maryland |

He was advised that counsel for plaintiff will be in touch with him concerning the need for interrogatories and/or an oral examination. He agreed to make himself available as requested.

Despite the informal nature of this ruling, it is an Order of Court and the Clerk is directed to docket it as such.

Very truly yours,

Andre M. Davis
United States District Judge

AMD:tt
cc: Court file


