IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| EASTERN SHORE TEAMSTERS<br>HEALTH AND WELFARE FUND, et al., | * <br> * |
| Plaintiff | * |
| v. | * |
| WAYDE CHERRY, | *      Civil Action No. AMD 00-0106 |
| Defendant | * |
| and | * |
| TYSON FARMS, INC., | * |
| and | * |
| TYSON CHICKEN, INC., | * |
| Garnishees | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

It appearing from the record that Writs of Garnishment of Property Other Than Wages were issued by this Court on August 14, 2001, and that said Writs were mailed restricted delivery to Garnishees Tyson Farms, Inc. and Tyson Chicken, Inc. on August 17, 2001, and were received on August 20, 2001, as is shown by the Affidavits of Service on file in this action;

And it further appearing that Garnishees, Tyson Farms, Inc. and Tyson Chicken, Inc. answered the Writ of Garnishment of Property Other Than Wages, confessing that it did have assets of WAYDE CHERRY, Defendant and Judgment Debtor, but that the maximum amount allowed to be garnished from said payment for employment by law was garnished by the Internal Revenue



Service, and subsequently, that Mr. Cherry was no longer employed by Tyson Farms, Inc. and or Tyson Chicken, Inc.;

It is therefore this 6 day of Dec. , 2001, by the United States District Court for the District of Maryland,

ORDERED, that the Writs of Garnishment of Property Other Than Wages against Garnishees, Tyson Farms, Inc. and Tyson Chicken, Inc., in the above captioned matter, be dismissed.

_____
Andre M. Davis
United States District Judge

DEC